# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**JOSEPH RUDY,**

    **Plaintiff,**

v.                                 **CASE NO.: 8:21-cv-01685-VMC-TGW**

**FIRST NATIONAL COLLECTION BUREAU, INC.,**

    **Defendant.**

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Joseph Rudy, by and through undersigned counsel, hereby files this Notice of Pending Settlement. By submission of this Notice, submitting counsel represents that this matter has settled in principle subject to final documentation and respectfully requests that any scheduled hearings be removed from the Court's calendar.

Dated: September 29, 2021         Respectfully Submitted,

                                              **SHRADER LAW, PLLC**
                                              612 W. Bay Street
                                              Tampa, Florida 33606
                                              Phone: (813) 360-1529
                                              Fax:    (813) 336-0832

                                              /s/ Brian L. Shrader_____
                                              **BRIAN L. SHRADER, ESQ.**
                                              Florida Bar No. 57251
                                              e-mail: bshrader@shraderlawfirm.com
                                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2021, a true and correct copy of the forgoing was filed with the Clerk of Court for the Middle District of Florida through the CM/ECF system that will give notice to all parties of record.

                                              /s/ Brian L. Shrader
                                              *Attorney*