UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSEPH RUDY,

    Plaintiff,

v.                                CASE NO.: 8:21-cv-01685-VMC-TGW

FIRST NATIONAL COLLECTION
BUREAU, INC.,

    Defendant.
_____/

## STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, Joseph Rudy, and Defendant, First National Collection Bureau, Inc., by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above case with prejudice. Each party is to bear their own attorney's fees and costs.

[Signatures are on the next page]

1

Dated: November 8, 2021

| | |
|---|---|
| **SHRADER LAW, PLLC**<br>612 W. Bay Street<br>Tampa, Florida 33606<br>Phone: (813) 360-1529<br>Fax: (813) 336-0832 | **GOLDEN SCAZ GAGAIN, PLLC**<br>1135 Marbella Plaza Drive<br>Tampa, Florida 33619<br>Phone: (813) 251-5500<br>Fax: (813) 251-3675 |
| /s/ Brian L. Shrader_____<br>**BRIAN L. SHRADER, ESQ.**<br>Florida Bar No. 57251<br>e-mail: bshrader@shraderlawfirm.com<br>**Attorney for Plaintiff** | /s/ Charles J. McHale_____<br>**CHARLES J. MCHALE, ESQ.**<br>Florida Bar No.: 0026555<br>e-mail: cmchale@gsgfirm.com<br>**Attorney for Defendant** |

## CERTIFICATE OF COMPLIANCE OF LOCAL RULE 3.01(g)

I hereby certify that I have conferred with counsel for each Defendant about this Stipulation and that all parties consent to the relief requested herein.

/s/ Brian L. Shrader__
Attorney

## CERTIFICATE OF SERVICE

I certify that on November 8, 2021, a copy of the foregoing was filed electronically using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

/s/ Brian L. Shrader__
Attorney

Dated: November 8, 2021

| | |
|---|---|
| **SHRADER LAW, PLLC**<br>612 W. Bay Street<br>Tampa, Florida 33606<br>Phone: (813) 360-1529<br>Fax: (813) 336-0832 | **GOLDEN SCAZ GAGAIN, PLLC**<br>1135 Marbella Plaza Drive<br>Tampa, Florida 33619<br>Phone: (813) 251-5500<br>Fax: (813) 251-3675 |
| /s/ Brian L. Shrader_____<br>**BRIAN L. SHRADER, ESQ.**<br>Florida Bar No. 57251<br>e-mail: bshrader@shraderlawfirm.com<br>**Attorney for Plaintiff** | /s/ Charles J. McHale_____<br>**CHARLES J. MCHALE, ESQ.**<br>Florida Bar No.: 0026555<br>e-mail: cmchale@gsgfirm.com<br>**Attorney for Defendant** |

## CERTIFICATE OF COMPLIANCE OF LOCAL RULE 3.01(g)

I hereby certify that I have conferred with counsel for each Defendant about this Stipulation and that all parties consent to the relief requested herein.

/s/ Brian L. Shrader__
Attorney

## CERTIFICATE OF SERVICE

I certify that on November 8, 2021, a copy of the foregoing was filed electronically using the CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system.

/s/ Brian L. Shrader__
Attorney